IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY W. WILSON,

    Petitioner,

vs.

SCOTT R. FRAKES,

    Respondent.

4:17CV3155

**MEMORANDUM AND ORDER**

  This matter is before the court on Petitioner's Motion for Extension of Time (filing no. 26) and Motion for Docket Sheet (filing no. 27) filed on January 10, 2019.

  The court previously granted Petitioner an extension of time to December 26, 2018, to submit his brief in response to Respondent's Answer and Brief in Support of Answer. (*See* Filing No. 25.) Petitioner's present motion for an extension of time is dated December 20, 2018, and it appears that the motion was returned to Petitioner's institution after the initial mailing and was then resent to the court. (Filing No. 26 at CM/ECF pp. 3–4.) Petitioner certifies that he served a copy of his motion on Respondent on December 20, 2018. (Filing No. 27 at CM/ECF p. 2.) Upon consideration, the court will grant Petitioner's motion, and Petitioner shall have 60 days from the date of this order to file his brief in response to Respondent's Answer (filing no. 19) and Brief in Support of Answer (filing no. 20).

  Petitioner also seeks "a docket sheet that reflects all the documents and document numbers and page IDs for all the documents filed by the Respondent with this Court" in order to accurately reference the documents in his brief. (Filing No. 27; *see also* Filing No. 26 at CM/ECF p. 1.) To the extent Petitioner seeks a free copy of the docket sheet, Petitioner's request is denied. Petitioner is not

proceeding in forma pauperis so 28 U.S.C. § 2250—requiring the clerk of the court to provide indigent habeas petitioners with copies of court records without cost upon order of the court—does not apply. The court will direct the clerk's office to advise Petitioner how much a copy of the docket sheet costs and how he may obtain a copy.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for an Extension of Time ([filing no. 26](#)) is granted. Petitioner shall have until **March 18, 2019**, to file a brief in response to Respondent's Answer and Brief in Support.

2. Petitioner's Motion for Docket Sheet ([filing no. 27](#)) is denied. The clerk of the court is directed to send Petitioner information on the cost of obtaining a copy of the docket sheet in this case and how he may pay for and obtain the docket sheet.

Dated this 15th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge